IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE

Civil Case Number:  11-mc-0029-NONE-MJW

United States of America,

Plaintiff,

v.

In re the Matter of the Seizure of Contents of Safe Deposit Box(es) held in the name of Christian Rison, Born 1970, SSN 367-90-XXXX at Wells Fargo Bank, Fort Collins, Colorado,

Defendant.

---

ORDER

---

Entered by Magistrate Judge Watanabe

      Upon the Oral Motion by Counsel for the Plaintiff  to WITHDRAW the Application for Warrant to Seize Property Subject to Forfeiture, submitted to the Court on April 28, 2011, is hereby ORDERED that the oral motion is GRANTED and the Application for Warrant to Seize Property Subject to Forfeiture, is  WITHDRAWN.

      DONE AND SIGNED ON APRIL 28, 2011

                                              BY THE COURT:

                                              s/MICHAEL J. WATANABE
                                              Michael J. Watanabe
                                              United States Magistrate Judge